| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 130 |
|---|---|---|---|---|---|
| SJ6 | 000119 | 000200 | | 0000120009 | 1 |

# Earnings Statement 

INDUSTRIAL SERVICE SOLUTIONS  
840 GESSNER ROAD STE 950  
HOUSTON, TX 77024  
PHONE #: 281-819-1814

Period Beginning: 03/04/2024  
Period Ending: 03/17/2024  
Pay Date: 03/22/2024

Filing Status: Single/Married filing separately  
Exemptions/Allowances:  
  Federal: Standard Withholding Table

CHRISTOPHER DAVID BAILEY  
18 NORTH FRANKLIN STREET  
WAYNESBORO PA 17268

**Earnings**

| | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2115.38 | 80.00 | 2,115.38 | 12,692.28 |
| **Gross Pay** | | | **$2,115.38** | 12,692.28 |

**Net Check**     **$0.00**

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,968.28

**Deductions**

**Statutory**

| | this period | year to date |
|---|---|---|
| Federal Income Tax | -159.89 | 959.34 |
| Social Security Tax | -127.28 | 763.68 |
| Medicare Tax | -29.76 | 178.60 |
| PA State Income Tax | -63.02 | 378.12 |
| Lower Allen Income Tax | -20.53 | 123.18 |
| Lower Allen Local Svc Tax | -2.00 | 12.00 |
| PA SUI Tax | -1.48 | 8.88 |

**Other**

| | this period | year to date |
|---|---|---|
| Accident | -3.68 | |
| Critical Ill | -6.88 | |
| Dental | -4.39* | 26.34 |
| Hospital In | -5.58 | |
| Ltd | -7.72 | |
| Medical | -17.08* | 102.48 |
| Medical Fsa | -38.46* | 230.76 |
| Std | -14.23 | |
| Vision | -2.55* | 15.30 |
| Vol Life Add | -6.09 | |
| 401K | -84.62* | 507.72 |
| Cell Reimbu | | -300.00 |
| **Net Pay** | **$1,520.14** | |
| Checking | -1,520.14 | |

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Pto | 17.41 | |
| Sick | 24.00 | |
| 401K Er Match | 42.31 | 253.86 |

**Important Notes**  
BASIS OF PAY: SALARY

**Additional Tax Withholding Information**  
Taxable Marital Status:  
  PA:     Single

© 2000 ADP, Inc.

---

INDUSTRIAL SERVICE SOLUTIONS  
840 GESSNER ROAD STE 950  
HOUSTON, TX 77024  
PHONE #: 281-819-1814

**Advice number:** 00000120009  
**Pay date:** 03/22/2024



**Deposited to the account of**  
CHRISTOPHER DAVID BAILEY

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx9583 | xxxx xxxx | $1,520.14 |

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 130 |
|---|---|---|---|---|---|
| SJ6 | 000119 | 000200 | | 0000060009 | 1 |

# Earnings Statement



INDUSTRIAL SERVICE SOLUTIONS  
840 GESSNER ROAD STE 950  
HOUSTON, TX 77024  
PHONE #: 281-819-1814

Period Beginning: 01/22/2024  
Period Ending: 02/04/2024  
Pay Date: 02/09/2024

Filing Status: Single/Married filing separately  
Exemptions/Allowances:  
   Federal: Standard Withholding Table

**CHRISTOPHER DAVID BAILEY**  
**18 NORTH FRANKLIN STREET**  
**WAYNESBORO PA 17268**

| **Earnings** | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2115.38 | 64.00 | 2,115.38 | 6,346.14 |
| Pto | | 8.00 | | |
| Sick | | 8.00 | | |
| **Gross Pay** | | | **$2,115.38** | 6,346.14 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -159.89 | 479.67 |
| | Social Security Tax | -127.28 | 381.84 |
| | Medicare Tax | -29.77 | 89.30 |
| | PA State Income Tax | -63.02 | 189.06 |
| | Lower Allen Income Tax | -20.53 | 61.59 |
| | Lower Allen Local Svc Tax | -2.00 | 6.00 |
| | PA SUI Tax | -1.48 | 4.44 |
| | **Other** | | |
| | Accident | -3.68 | |
| | Critical Ill | -6.88 | |
| | Dental | -4.39* | 13.17 |
| | Hospital In | -5.58 | |
| | Ltd | -7.72 | |
| | Medical | -17.08* | 51.24 |
| | Medical Fsa | -38.46* | 115.38 |
| | Std | -14.23 | |
| | Vision | -2.55* | 7.65 |
| | Vol Life Add | -6.09 | |
| | 401K | -84.62* | 253.86 |
| | Cell Reimbu | | -200.00 |

| **Adjustment** | this period | year to date |
|---|---|---|
| Cell Reimbu | +100.00 | |
| **Net Pay** | **$1,620.13** | |
| Checking | -1,620.13 | |
| **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,968.28

| **Other Benefits and Information** | this period | total to date |
|---|---|---|
| Pto | 3.55 | |
| Sick | 24.00 | |
| 401K Er Match | 42.31 | 126.93 |

**Important Notes**  
BASIS OF PAY: SALARY

**Additional Tax Withholding Information**  
  Taxable Marital Status:  
  PA: Single

© 2000 ADP, Inc.

---

INDUSTRIAL SERVICE SOLUTIONS  
840 GESSNER ROAD STE 950  
HOUSTON, TX 77024  
PHONE #: 281-819-1814

Advice number: 00000060009  
Pay date: 02/09/2024



**Deposited to the account of**  
CHRISTOPHER DAVID BAILEY

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx9583 | xxxx xxxx | $1,620.13 |

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 130 |
|---|---|---|---|---|---|
| SJ6 | 000119 | 000200 | | 0000020009 | 1 |

# Earnings Statement



INDUSTRIAL SERVICE SOLUTIONS
840 GESSNER ROAD STE 950
HOUSTON, TX 77024
PHONE #: 281-819-1814

Period Beginning: 12/25/2023
Period Ending: 01/07/2024
Pay Date: 01/12/2024

Filing Status: Single/Married filing separately
Exemptions/Allowances:
 Federal: Standard Withholding Table

CHRISTOPHER DAVID BAILEY
18 NORTH FRANKLIN STREET
WAYNESBORO PA 17268

| **Earnings** | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2115.38 | 40.00 | 2,115.38 | 2,115.38 |
| Holiday | | 16.00 | | |
| Pto | | 16.00 | | |
| Sick | | 8.00 | | |
| **Gross Pay** | | | **$2,115.38** | 2,115.38 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -159.89 | 159.89 |
| | Social Security Tax | -127.28 | 127.28 |
| | Medicare Tax | -29.77 | 29.77 |
| | PA State Income Tax | -63.02 | 63.02 |
| | Lower Allen Income Tax | -20.53 | 20.53 |
| | Lower Allen Local Svc Tax | -2.00 | 2.00 |
| | PA SUI Tax | -1.48 | 1.48 |
| | **Other** | | |
| | Accident | -3.68 | |
| | Critical Ill | -6.88 | |
| | Dental | -4.39* | 4.39 |
| | Hospital In | -5.58 | |
| | Ltd | -7.72 | |
| | Medical | -17.08* | 17.08 |
| | Medical Fsa | -38.46* | 38.46 |
| | Std | -14.23 | |
| | Vision | -2.55* | 2.55 |
| | Vol Life Add | -6.09 | |
| | 401K | -84.62* | 84.62 |
| | Cell Reimbu | | -100.00 |

| **Adjustment** | this period | year to date |
|---|---|---|
| Cell Reimbu | +100.00 | |
| **Net Pay** | **$1,620.13** | |
| Checking | -1,620.13 | |
| **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,968.28

**Other Benefits and Information** | this period | total to date
---|---|---
Pto | 2.31 |
Sick | 32.00 |
401K Er Match | 42.31 | 42.31

**Important Notes**
BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
 Taxable Marital Status:
 PA: Single

© 2000 ADP, Inc.

INDUSTRIAL SERVICE SOLUTIONS
840 GESSNER ROAD STE 950
HOUSTON, TX 77024
PHONE #: 281-819-1814

**Advice number:** 00000020009
**Pay date:** 01/12/2024

**Deposited to the account of**
CHRISTOPHER DAVID BAILEY

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx9583 | xxxx xxxx | $1,620.13 |



**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 130 |
|---|---|---|---|---|---|
| SJ6 | 000119 | 000200 | | 0000160010 | 1 |

# Earnings Statement 

INDUSTRIAL SERVICE SOLUTIONS  
840 GESSNER ROAD STE 950  
HOUSTON, TX 77024  
PHONE #: 281-819-1814

Period Beginning: 04/01/2024  
Period Ending: 04/14/2024  
Pay Date: 04/19/2024

Filing Status: Single/Married filing separately  
Exemptions/Allowances:  
   Federal: Standard Withholding Table

CHRISTOPHER DAVID BAILEY  
18 NORTH FRANKLIN STREET  
WAYNESBORO PA 17268

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2115.38 | 72.00 | 2,115.38 | 16,923.04 |
| Pto | | 8.00 | | |
| **Gross Pay** | | | **$2,115.38** | 16,923.04 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -159.89 | 1,279.12 |
| | Social Security Tax | -127.28 | 1,018.24 |
| | Medicare Tax | -29.77 | 238.14 |
| | PA State Income Tax | -63.02 | 504.16 |
| | Lower Allen Income Tax | -20.53 | 164.24 |
| | Lower Allen Local Svc Tax | -2.00 | 16.00 |
| | PA SUI Tax | -1.48 | 11.85 |
| | **Other** | | |
| | Accident | -3.68 | |
| | Critical Ill | -6.88 | |
| | Dental | -4.39* | 35.12 |
| | Hospital In | -5.58 | |
| | Ltd | -7.72 | |
| | Medical | -17.08* | 136.64 |
| | Medical Fsa | -38.46* | 307.68 |
| | Std | -14.23 | |
| | Vision | -2.55* | 20.40 |
| | Vol Life Add | -6.09 | |
| | 401K | -84.62* | 676.96 |
| | Cell Reimbu | | -400.00 |
| | **Net Pay** | **$1,520.13** | |
| | Checking | -1,520.13 | |

**Net Check**      **$0.00**

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,968.28

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Pto | 18.65 | |
| Sick | 16.00 | |
| 401K Er Match | 42.31 | 338.48 |

**Important Notes**  
BASIS OF PAY: SALARY

**Additional Tax Withholding Information**  
Taxable Marital Status:  
  PA:     Single

© 2000 ADP, Inc.

---

INDUSTRIAL SERVICE SOLUTIONS  
840 GESSNER ROAD STE 950  
HOUSTON, TX 77024  
PHONE #: 281-819-1814

**Advice number:** 00000160010  
**Pay date:** 04/19/2024

**Deposited to the account of**  
CHRISTOPHER DAVID BAILEY

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx9583 | xxxx xxxx | $1,520.13 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 130 |
|---|---|---|---|---|---|
| SJ6 | 000119 | 000200 | | 0000260012 | 1 |

# Earnings Statement 

INDUSTRIAL SERVICE SOLUTIONS  
840 GESSNER ROAD STE 950  
HOUSTON, TX 77024  
PHONE #: 281-819-1814

Period Beginning: 06/10/2024  
Period Ending: 06/23/2024  
Pay Date: 06/28/2024

Filing Status: Single/Married filing separately  
Exemptions/Allowances:  
  Federal: Standard Withholding Table

CHRISTOPHER DAVID BAILEY  
18 NORTH FRANKLIN STREET  
WAYNESBORO PA 17268

**Earnings**

| | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2115.38 | 80.00 | 2,115.38 | 27,499.94 |
| **Gross Pay** | | | **$2,115.38** | 27,499.94 |

**Deductions**

**Statutory**

| | this period | year to date |
|---|---|---|
| Federal Income Tax | -159.89 | 2,078.57 |
| Social Security Tax | -127.28 | 1,654.64 |
| Medicare Tax | -29.77 | 386.97 |
| PA State Income Tax | -63.02 | 819.26 |
| Lower Allen Income Tax | -20.53 | 266.89 |
| Lower Allen Local Svc Tax | -2.00 | 26.00 |
| PA SUI Tax | -1.48 | 19.25 |

**Other**

| | this period | year to date |
|---|---|---|
| Accident | -3.68 | |
| Critical Ill | -6.88 | |
| Dental | -4.39* | 57.07 |
| Hospital In | -5.58 | |
| Ltd | -7.72 | |
| Medical | -17.08* | 222.04 |
| Medical Fsa | -38.46* | 499.98 |
| Std | -14.23 | |
| Vision | -2.55* | 33.15 |
| Vol Life Add | -6.09 | |
| 401K | -84.62* | 1,100.06 |
| Cell Reimbu | | -600.00 |

**Net Pay**    **$1,520.13**  
Checking    -1,520.13

**Net Check**    **$0.00**

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,968.28

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Pto | 41.75 | |
| Sick | 8.00 | |
| 401K Er Match | 42.31 | 550.03 |

**Important Notes**  
BASIS OF PAY: SALARY

**Additional Tax Withholding Information**  
Taxable Marital Status:  
  PA:    Single

© 2000 ADP, Inc.

---

INDUSTRIAL SERVICE SOLUTIONS  
840 GESSNER ROAD STE 950  
HOUSTON, TX 77024  
PHONE #: 281-819-1814

**Advice number:** 00000260012  
**Pay date:** 06/28/2024

**Deposited to the account of**  
CHRISTOPHER DAVID BAILEY

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx9583 | xxxx xxxx | $1,520.13 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement 

INDUSTRIAL SERVICE SOLUTIONS  
840 GESSNER ROAD STE 950  
HOUSTON, TX 77024  
PHONE #: 281-819-1814

Period Beginning: 02/19/2024  
Period Ending: 03/03/2024  
Pay Date: 03/08/2024

Filing Status: Single/Married filing separately  
Exemptions/Allowances:  
   Federal: Standard Withholding Table

CHRISTOPHER DAVID BAILEY  
18 NORTH FRANKLIN STREET  
WAYNESBORO PA 17268

**Earnings**

| | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2115.38 | 80.00 | 2,115.38 | 10,576.90 |
| **Gross Pay** | | | **$2,115.38** | 10,576.90 |

**Deductions**

**Statutory**

| | this period | year to date |
|---|---|---|
| Federal Income Tax | -159.89 | 799.45 |
| Social Security Tax | -127.28 | 636.40 |
| Medicare Tax | -29.77 | 148.84 |
| PA State Income Tax | -63.02 | 315.10 |
| Lower Allen Income Tax | -20.53 | 102.65 |
| Lower Allen Local Svc Tax | -2.00 | 10.00 |
| PA SUI Tax | -1.48 | 7.40 |

**Other**

| | this period | year to date |
|---|---|---|
| Accident | -3.68 | |
| Critical Ill | -6.88 | |
| Dental | -4.39* | 21.95 |
| Hospital In | -5.58 | |
| Ltd | -7.72 | |
| Medical | -17.08* | 85.40 |
| Medical Fsa | -38.46* | 192.30 |
| Std | -14.23 | |
| Vision | -2.55* | 12.75 |
| Vol Life Add | -6.09 | |
| 401K | -84.62* | 423.10 |
| Cell Reimbu | | -300.00 |

**Adjustment**

| | this period |
|---|---|
| Cell Reimbu | +100.00 |

| | |
|---|---|
| **Net Pay** | **$1,620.13** |
| Checking | -1,620.13 |
| **Net Check** | **$0.00** |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,968.28

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Pto | 12.79 | |
| Sick | 24.00 | |
| 401K Er Match | 42.31 | 211.55 |

**Important Notes**  
BASIS OF PAY: SALARY

**Additional Tax Withholding Information**  
Taxable Marital Status:  
  PA:        Single

© 2000 ADP, Inc.

---

INDUSTRIAL SERVICE SOLUTIONS  
840 GESSNER ROAD STE 950  
HOUSTON, TX 77024  
PHONE #: 281-819-1814

Advice number: 00000100008  
Pay date: 03/08/2024

**Deposited to the account of**  
CHRISTOPHER DAVID BAILEY

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx9583 | xxxx xxxx | $1,620.13 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 130 |
|---|---|---|---|---|---|
| SJ6 | 000119 | 000200 | | 0000220011 | 1 |

# Earnings Statement



INDUSTRIAL SERVICE SOLUTIONS
840 GESSNER ROAD STE 950
HOUSTON, TX 77024
PHONE #: 281-819-1814

Period Beginning: 05/13/2024
Period Ending: 05/26/2024
Pay Date: 05/31/2024

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

CHRISTOPHER DAVID BAILEY
18 NORTH FRANKLIN STREET
WAYNESBORO PA 17268

| **Earnings** | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2115.38 | 80.00 | 2,115.38 | 23,269.18 |
| **Gross Pay** | | | **$2,115.38** | 23,269.18 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -159.89 | 1,758.79 |
| | Social Security Tax | -127.28 | 1,400.08 |
| | Medicare Tax | -29.77 | 327.44 |
| | PA State Income Tax | -63.02 | 693.22 |
| | Lower Allen Income Tax | -20.53 | 225.83 |
| | Lower Allen Local Svc Tax | -2.00 | 22.00 |
| | PA SUI Tax | -1.48 | 16.29 |
| | **Other** | | |
| | Accident | -3.68 | |
| | Critical Ill | -6.88 | |
| | Dental | -4.39* | 48.29 |
| | Hospital In | -5.58 | |
| | Ltd | -7.72 | |
| | Medical | -17.08* | 187.88 |
| | Medical Fsa | -38.46* | 423.06 |
| | Std | -14.23 | |
| | Vision | -2.55* | 28.05 |
| | Vol Life Add | -6.09 | |
| | 401K | -84.62* | 930.82 |
| | Cell Reimbu | | -500.00 |
| | **Net Pay** | **$1,520.13** | |
| | Checking | -1,520.13 | |

**Net Check**     **$0.00**

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,968.28

**Other Benefits and Information**    this period    total to date
Pto    32.51
Sick    8.00
401K Er Match    42.31    465.41

**Important Notes**
BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
  Taxable Marital Status:
  PA:      Single

© 2000 ADP, Inc.

---

INDUSTRIAL SERVICE SOLUTIONS
840 GESSNER ROAD STE 950
HOUSTON, TX 77024
PHONE #: 281-819-1814

**Advice number:** 00000220011
**Pay date:** 05/31/2024

**Deposited to the account of**
CHRISTOPHER DAVID BAILEY

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx9583 | xxxx xxxx | $1,520.13 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 130 |
|---|---|---|---|---|---|
| SJ6 | 000119 | 000200 | | 0000260012 | 1 |

# Earnings Statement 

INDUSTRIAL SERVICE SOLUTIONS
840 GESSNER ROAD STE 950
HOUSTON, TX 77024
PHONE #: 281-819-1814

Period Beginning: 06/10/2024
Period Ending: 06/23/2024
Pay Date: 06/28/2024

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

CHRISTOPHER DAVID BAILEY
18 NORTH FRANKLIN STREET
WAYNESBORO PA 17268

**Earnings**

| | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2115.38 | 80.00 | 2,115.38 | 27,499.94 |
| **Gross Pay** | | | **$2,115.38** | 27,499.94 |

Net Check              $0.00

**Deductions**

**Statutory**
| | this period | year to date |
|---|---|---|
| Federal Income Tax | -159.89 | 2,078.57 |
| Social Security Tax | -127.28 | 1,654.64 |
| Medicare Tax | -29.77 | 386.97 |
| PA State Income Tax | -63.02 | 819.26 |
| Lower Allen Income Tax | -20.53 | 266.89 |
| Lower Allen Local Svc Tax | -2.00 | 26.00 |
| PA SUI Tax | -1.48 | 19.25 |

**Other**
| | this period | year to date |
|---|---|---|
| Accident | -3.68 | |
| Critical Ill | -6.88 | |
| Dental | -4.39* | 57.07 |
| Hospital In | -5.58 | |
| Ltd | -7.72 | |
| Medical | -17.08* | 222.04 |
| Medical Fsa | -38.46* | 499.98 |
| Std | -14.23 | |
| Vision | -2.55* | 33.15 |
| Vol Life Add | -6.09 | |
| 401K | -84.62* | 1,100.06 |
| Cell Reimbu | | -600.00 |

**Net Pay**              **$1,520.13**
Checking              -1,520.13

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,968.28

**Other Benefits and Information**
| | this period | total to date |
|---|---|---|
| Pto | 41.75 | |
| Sick | 8.00 | |
| 401K Er Match | 42.31 | 550.03 |

**Important Notes**
BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA:              Single

© 2000 ADP, Inc.

---

INDUSTRIAL SERVICE SOLUTIONS
840 GESSNER ROAD STE 950
HOUSTON, TX 77024
PHONE #: 281-819-1814

**Advice number:** 00000260012
Pay date: 06/28/2024

**Deposited to the account of**
CHRISTOPHER DAVID BAILEY

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx9583 | xxxx xxxx | $1,520.13 |



**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 130 |
|---|---|---|---|---|---|
| SJ6 | 000119 | 000200 | | 0000180010 | 1 |

# Earnings Statement 

INDUSTRIAL SERVICE SOLUTIONS
840 GESSNER ROAD STE 950
HOUSTON, TX 77024
PHONE #: 281-819-1814

Period Beginning: 04/15/2024
Period Ending: 04/28/2024
Pay Date: 05/03/2024

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

CHRISTOPHER DAVID BAILEY
18 NORTH FRANKLIN STREET
WAYNESBORO PA 17268

**Earnings** | rate | salary/hours | this period | year to date
---|---|---|---|---
Regular | 2115.38 | 80.00 | 2,115.38 | 19,038.42
**Gross Pay** | | | **$2,115.38** | 19,038.42

| | |
|---|---|
| **Net Pay** | **$1,620.14** |
| Checking | -1,620.14 |
| **Net Check** | **$0.00** |

**Deductions** | **Statutory** | |
---|---|---
| Federal Income Tax | -159.89 | 1,439.01
| Social Security Tax | -127.28 | 1,145.52
| Medicare Tax | -29.76 | 267.90
| PA State Income Tax | -63.02 | 567.18
| Lower Allen Income Tax | -20.53 | 184.77
| Lower Allen Local Svc Tax | -2.00 | 18.00
| PA SUI Tax | -1.48 | 13.33
| **Other** | |
| Accident | -3.68 |
| Critical Ill | -6.88 |
| Dental | -4.39* | 39.51
| Hospital In | -5.58 |
| Ltd | -7.72 |
| Medical | -17.08* | 153.72
| Medical Fsa | -38.46* | 346.14
| Std | -14.23 |
| Vision | -2.55* | 22.95
| Vol Life Add | -6.09 |
| 401K | -84.62* | 761.58
| Cell Reimbu | | -500.00
| **Adjustment** | |
| Cell Reimbu | +100.00 |

* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,968.28

**Other Benefits and Information** | this period | total to date
---|---|---
Pto | 23.27 |
Sick | 16.00 |
401K Er Match | 42.31 | 380.79

**Important Notes**
BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
 Taxable Marital Status:
  PA: Single

© 2000 ADP, Inc.



INDUSTRIAL SERVICE SOLUTIONS
840 GESSNER ROAD STE 950
HOUSTON, TX 77024
PHONE #: 281-819-1814

**Advice number:** 00000180010
**Pay date:** 05/03/2024

**Deposited to the account of**
CHRISTOPHER DAVID BAILEY

account number | transit ABA | amount
---|---|---
xxxxxxxx9583 | xxxx xxxx | $1,620.14

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 130 |
|---|---|---|---|---|---|
| SJ6 | 000119 | 000200 | | 0000240012 | 1 |

# Earnings Statement 

INDUSTRIAL SERVICE SOLUTIONS  
840 GESSNER ROAD STE 950  
HOUSTON, TX 77024  
PHONE #: 281-819-1814

Period Beginning: 05/27/2024  
Period Ending: 06/09/2024  
Pay Date: 06/14/2024

Filing Status: Single/Married filing separately  
Exemptions/Allowances:  
   Federal: Standard Withholding Table

CHRISTOPHER DAVID BAILEY  
18 NORTH FRANKLIN STREET  
WAYNESBORO PA 17268

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2115.38 | 72.00 | 2,115.38 | 25,384.56 |
| Holiday | | 8.00 | | |
| **Gross Pay** | | | **$2,115.38** | 25,384.56 |

| | | | |
|---|---|---|---|
| **Net Pay** | | | **$1,620.14** |
| Checking | | | -1,620.14 |
| **Net Check** | | | **$0.00** |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -159.89 | 1,918.68 |
| | Social Security Tax | -127.28 | 1,527.36 |
| | Medicare Tax | -29.76 | 357.20 |
| | PA State Income Tax | -63.02 | 756.24 |
| | Lower Allen Income Tax | -20.53 | 246.36 |
| | Lower Allen Local Svc Tax | -2.00 | 24.00 |
| | PA SUI Tax | -1.48 | 17.77 |
| | **Other** | | |
| | Accident | -3.68 | |
| | Critical Ill | -6.88 | |
| | Dental | -4.39* | 52.68 |
| | Hospital In | -5.58 | |
| | Ltd | -7.72 | |
| | Medical | -17.08* | 204.96 |
| | Medical Fsa | -38.46* | 461.52 |
| | Std | -14.23 | |
| | Vision | -2.55* | 30.60 |
| | Vol Life Add | -6.09 | |
| | 401K | -84.62* | 1,015.44 |
| | Cell Reimbu | | -600.00 |
| | **Adjustment** | | |
| | Cell Reimbu | +100.00 | |

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,968.28

**Other Benefits and Information**    this period    total to date  
Pto    37.13  
Sick    8.00  
401K Er Match    42.31    507.72

**Important Notes**  
BASIS OF PAY: SALARY

**Additional Tax Withholding Information**  
Taxable Marital Status:  
  PA:    Single

© 2000 ADP, Inc.

---

INDUSTRIAL SERVICE SOLUTIONS  
840 GESSNER ROAD STE 950  
HOUSTON, TX 77024  
PHONE #: 281-819-1814

Advice number: 00000240012  
Pay date: 06/14/2024

**Deposited to the account of**  
CHRISTOPHER DAVID BAILEY

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx9583 | xxxx xxxx | $1,620.14 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 130 |
|---|---|---|---|---|---|
| SJ6 | 000119 | 000200 | | 0000040009 | 1 |

# Earnings Statement 

INDUSTRIAL SERVICE SOLUTIONS
840 GESSNER ROAD STE 950
HOUSTON, TX 77024
PHONE #: 281-819-1814

Period Beginning: 01/08/2024
Period Ending: 01/21/2024
Pay Date: 01/26/2024

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

CHRISTOPHER DAVID BAILEY
18 NORTH FRANKLIN STREET
WAYNESBORO PA 17268

**Earnings**

| | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2115.38 | 80.00 | 2,115.38 | 4,230.76 |
| **Gross Pay** | | | **$2,115.38** | 4,230.76 |

**Deductions** **Statutory**

| | this period | year to date |
|---|---|---|
| Federal Income Tax | -159.89 | 319.78 |
| Social Security Tax | -127.28 | 254.56 |
| Medicare Tax | -29.76 | 59.53 |
| PA State Income Tax | -63.02 | 126.04 |
| Lower Allen Income Tax | -20.53 | 41.06 |
| Lower Allen Local Svc Tax | -2.00 | 4.00 |
| PA SUI Tax | -1.48 | 2.96 |

**Other**

| | this period | year to date |
|---|---|---|
| Accident | -3.68 | |
| Critical Ill | -6.88 | |
| Dental | -4.39* | 8.78 |
| Hospital In | -5.58 | |
| Ltd | -7.72 | |
| Medical | -17.08* | 34.16 |
| Medical Fsa | -38.46* | 76.92 |
| Std | -14.23 | |
| Vision | -2.55* | 5.10 |
| Vol Life Add | -6.09 | |
| 401K | -84.62* | 169.24 |
| Cell Reimbu | | -100.00 |
| **Net Pay** | **$1,520.14** | |
| Checking | -1,520.14 | |

Net Check $0.00

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,968.28

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Pto | 6.93 | |
| Sick | 32.00 | |
| 401K Er Match | 42.31 | 84.62 |

**Important Notes**
BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA:           Single

© 2000 ADP, Inc.



INDUSTRIAL SERVICE SOLUTIONS
840 GESSNER ROAD STE 950
HOUSTON, TX 77024
PHONE #: 281-819-1814

Advice number: 00000040009
Pay date: 01/26/2024

**Deposited to the account of**
CHRISTOPHER DAVID BAILEY

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx9583 | xxxx xxxx | $1,520.14 |

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 130 |
|---|---|---|---|---|---|
| SJ6 | 000119 | 000200 | | 0000140011 | 1 |

# Earnings Statement



INDUSTRIAL SERVICE SOLUTIONS  
840 GESSNER ROAD STE 950  
HOUSTON, TX 77024  
PHONE #: 281-819-1814

Period Beginning: 03/18/2024  
Period Ending: 03/31/2024  
Pay Date: 04/05/2024

Filing Status: Single/Married filing separately  
Exemptions/Allowances:  
  Federal: Standard Withholding Table

CHRISTOPHER DAVID BAILEY  
18 NORTH FRANKLIN STREET  
WAYNESBORO PA 17268

| **Earnings** | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2115.38 | 72.00 | 2,115.38 | 14,807.66 |
| Sick | | 8.00 | | |
| **Gross Pay** | | | **$2,115.38** | 14,807.66 |

| | | | |
|---|---|---|---|
| **Net Pay** | | | **$1,620.12** |
| Checking | | | -1,620.12 |
| **Net Check** | | | **$0.00** |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -159.89 | 1,119.23 |
| | Social Security Tax | -127.28 | 890.96 |
| | Medicare Tax | -29.77 | 208.37 |
| | PA State Income Tax | -63.02 | 441.14 |
| | Lower Allen Income Tax | -20.53 | 143.71 |
| | Lower Allen Local Svc Tax | -2.00 | 14.00 |
| | PA SUI Tax | -1.49 | 10.37 |
| | **Other** | | |
| | Accident | -3.68 | |
| | Critical Ill | -6.88 | |
| | Dental | -4.39* | 30.73 |
| | Hospital In | -5.58 | |
| | Ltd | -7.72 | |
| | Medical | -17.08* | 119.56 |
| | Medical Fsa | -38.46* | 269.22 |
| | Std | -14.23 | |
| | Vision | -2.55* | 17.85 |
| | Vol Life Add | -6.09 | |
| | 401K | -84.62* | 592.34 |
| | Cell Reimbu | | -400.00 |
| | **Adjustment** | | |
| | Cell Reimbu | +100.00 | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,968.28

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Pto | 22.03 | |
| Sick | 16.00 | |
| 401K Er Match | 42.31 | 296.17 |

**Important Notes**  
BASIS OF PAY: SALARY

**Additional Tax Withholding Information**  
Taxable Marital Status:  
  PA: Single

© 2000 ADP, Inc.

---

INDUSTRIAL SERVICE SOLUTIONS  
840 GESSNER ROAD STE 950  
HOUSTON, TX 77024  
PHONE #: 281-819-1814

Advice number: 00000140011  
Pay date: 04/05/2024

THIS IS NOT A CHECK

**Deposited to the account of**     account number    transit ABA    amount  
**CHRISTOPHER DAVID BAILEY**     xxxxxxxx9583    xxxx xxxx    $1,620.12

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 130 |
|---|---|---|---|---|---|
| SJ6 | 000119 | 000200 | | 0000200010 | 1 |

## Earnings Statement 

INDUSTRIAL SERVICE SOLUTIONS  
840 GESSNER ROAD STE 950  
HOUSTON, TX 77024  
PHONE #: 281-819-1814

Period Beginning: 04/29/2024  
Period Ending: 05/12/2024  
Pay Date: 05/17/2024

Filing Status: Single/Married filing separately  
Exemptions/Allowances:  
  Federal: Standard Withholding Table

CHRISTOPHER DAVID BAILEY  
18 NORTH FRANKLIN STREET  
WAYNESBORO PA 17268

**Earnings**

| | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2115.38 | 72.00 | 2,115.38 | 21,153.80 |
| Sick | | 8.00 | | |
| **Gross Pay** | | | **$2,115.38** | 21,153.80 |

**Deductions**

**Statutory**

| | this period | year to date |
|---|---|---|
| Federal Income Tax | -159.89 | 1,598.90 |
| Social Security Tax | -127.28 | 1,272.80 |
| Medicare Tax | -29.77 | 297.67 |
| PA State Income Tax | -63.02 | 630.20 |
| Lower Allen Income Tax | -20.53 | 205.30 |
| Lower Allen Local Svc Tax | -2.00 | 20.00 |
| PA SUI Tax | -1.48 | 14.81 |

**Other**

| | this period | year to date |
|---|---|---|
| Accident | -3.68 | |
| Critical Ill | -6.88 | |
| Dental | -4.39* | 43.90 |
| Hospital In | -5.58 | |
| Ltd | -7.72 | |
| Medical | -17.08* | 170.80 |
| Medical Fsa | -38.46* | 384.60 |
| Std | -14.23 | |
| Vision | -2.55* | 25.50 |
| Vol Life Add | -6.09 | |
| 401K | -84.62* | 846.20 |
| Cell Reimbu | | -500.00 |
| **Net Pay** | **$1,520.13** | |
| Checking | -1,520.13 | |

**Net Check**      **$0.00**

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,968.28

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Pto | 27.89 | |
| Sick | 8.00 | |
| 401K Er Match | 42.31 | 423.10 |

**Important Notes**  
BASIS OF PAY: SALARY

**Additional Tax Withholding Information**  
Taxable Marital Status:  
  PA: Single

© 2000 ADP, Inc.

---

INDUSTRIAL SERVICE SOLUTIONS  
840 GESSNER ROAD STE 950  
HOUSTON, TX 77024  
PHONE #: 281-819-1814

**Advice number:** 00000200010  
**Pay date:** 05/17/2024

**Deposited to the account of**  
CHRISTOPHER DAVID BAILEY

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx9583 | xxxx xxxx | $1,520.13 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 130 |
|---|---|---|---|---|---|
| SJ6 | 000119 | 000200 | | 0000140011 | 1 |

# Earnings Statement 

| | |
|---|---|
| Period Beginning: | 03/18/2024 |
| Period Ending: | 03/31/2024 |
| Pay Date: | 04/05/2024 |

INDUSTRIAL SERVICE SOLUTIONS
840 GESSNER ROAD STE 950
HOUSTON, TX 77024
PHONE #: 281-819-1814

Filing Status: Single/Married filing separately
Exemptions/Allowances:
   Federal: Standard Withholding Table

**CHRISTOPHER DAVID BAILEY**
**18 NORTH FRANKLIN STREET**
**WAYNESBORO PA 17268**

| **Earnings** | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2115.38 | 72.00 | 2,115.38 | 14,807.66 |
| Sick | | 8.00 | | |
| **Gross Pay** | | | **$2,115.38** | 14,807.66 |

| | | |
|---|---|---|
| **Net Pay** | | **$1,620.12** |
| Checking | | -1,620.12 |
| **Net Check** | | **$0.00** |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -159.89 | 1,119.23 |
| | Social Security Tax | -127.28 | 890.96 |
| | Medicare Tax | -29.77 | 208.37 |
| | PA State Income Tax | -63.02 | 441.14 |
| | Lower Allen Income Tax | -20.53 | 143.71 |
| | Lower Allen Local Svc Tax | -2.00 | 14.00 |
| | PA SUI Tax | -1.49 | 10.37 |
| | **Other** | | |
| | Accident | -3.68 | |
| | Critical Ill | -6.88 | |
| | Dental | -4.39* | 30.73 |
| | Hospital In | -5.58 | |
| | Ltd | -7.72 | |
| | Medical | -17.08* | 119.56 |
| | Medical Fsa | -38.46* | 269.22 |
| | Std | -14.23 | |
| | Vision | -2.55* | 17.85 |
| | Vol Life Add | -6.09 | |
| | 401K | -84.62* | 592.34 |
| | Cell Reimbu | | -400.00 |
| | **Adjustment** | | |
| | Cell Reimbu | +100.00 | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,968.28

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Pto | 22.03 | |
| Sick | 16.00 | |
| 401K Er Match | 42.31 | 296.17 |

**Important Notes**
BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
  Taxable Marital Status:
   PA:      Single

© 2000 ADP, Inc.

---

INDUSTRIAL SERVICE SOLUTIONS
840 GESSNER ROAD STE 950
HOUSTON, TX 77024
PHONE #: 281-819-1814

| | |
|---|---|
| **Advice number:** | **00000140011** |
| Pay date: | 04/05/2024 |

**Deposited to the account of**
**CHRISTOPHER DAVID BAILEY**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx9583 | xxxx xxxx | $1,620.12 |

*THIS IS NOT A CHECK*

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 130 |
|---|---|---|---|---|---|
| SJ6 | 000119 | 000200 | | 0000080008 | 1 |

# Earnings Statement 

INDUSTRIAL SERVICE SOLUTIONS  
840 GESSNER ROAD STE 950  
HOUSTON, TX 77024  
PHONE #: 281-819-1814

Period Beginning: 02/05/2024  
Period Ending: 02/18/2024  
Pay Date: 02/23/2024

Filing Status: Single/Married filing separately  
Exemptions/Allowances:  
  Federal: Standard Withholding Table

CHRISTOPHER DAVID BAILEY  
18 NORTH FRANKLIN STREET  
WAYNESBORO PA 17268

**Earnings**

| | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2115.38 | 80.00 | 2,115.38 | 8,461.52 |
| **Gross Pay** | | | **$2,115.38** | 8,461.52 |

**Deductions**    **Statutory**

| | this period | year to date |
|---|---|---|
| Federal Income Tax | -159.89 | 639.56 |
| Social Security Tax | -127.28 | 509.12 |
| Medicare Tax | -29.77 | 119.07 |
| PA State Income Tax | -63.02 | 252.08 |
| Lower Allen Income Tax | -20.53 | 82.12 |
| Lower Allen Local Svc Tax | -2.00 | 8.00 |
| PA SUI Tax | -1.48 | 5.92 |

**Other**

| | this period | year to date |
|---|---|---|
| Accident | -3.68 | |
| Critical Ill | -6.88 | |
| Dental | -4.39* | 17.56 |
| Hospital In | -5.58 | |
| Ltd | -7.72 | |
| Medical | -17.08* | 68.32 |
| Medical Fsa | -38.46* | 153.84 |
| Std | -14.23 | |
| Vision | -2.55* | 10.20 |
| Vol Life Add | -6.09 | |
| 401K | -84.62* | 338.48 |
| Cell Reimbu | | -200.00 |
| **Net Pay** | **$1,520.13** | |
| Checking | -1,520.13 | |

**Net Check**       **$0.00**

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,968.28

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Pto | 8.17 | |
| Sick | 24.00 | |
| 401K Er Match | 42.31 | 169.24 |

**Important Notes**  
BASIS OF PAY: SALARY

**Additional Tax Withholding Information**  
Taxable Marital Status:  
  PA:         Single

© 2000 ADP, Inc.

---

INDUSTRIAL SERVICE SOLUTIONS  
840 GESSNER ROAD STE 950  
HOUSTON, TX 77024  
PHONE #: 281-819-1814

**Advice number:** 00000080008  
**Pay date:** 02/23/2024

**Deposited to the account of**  
CHRISTOPHER DAVID BAILEY

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx9583 | xxxx xxxx | $1,520.13 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**