United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re:<br>Christopher David Bailey<br>    Debtor | Case No. 24-01674-HWV<br>Chapter 13 |

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 1
Date Rcvd: Jul 09, 2024      Form ID: ntdeffil      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Christopher David Bailey, 18 N Franklin St, Waynesboro, PA 17268-1208 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael A. Cibik | on behalf of Debtor 1 Christopher David Bailey help@cibiklaw.com<br>noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

| UNITED STATES BANKRUPTCY COURT |
|---|
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| | | |
|---|---|---|
| Christopher David Bailey, | Chapter | 13 |
| **Debtor 1** | Case No. | 1:24−bk−01674−HWV |

| **Notice** |
|---|

Pursuant to Bankruptcy Rules 1007, and 3015, and 11 U.S.C. 110, 329, and 521, the documents below must be filed to complete the above−referenced petition. If all documents required under Section 521 (in a Chapter 7 or 13 individual case) are not filed, the case may be **dismissed**.

This notice is being issued because the document(s) listed below were either not filed or not filed using the Official Bankruptcy Form(s) (if applicable).

**The following document(s), if listed below, are due immediately:**

**The following document(s), if listed below, are due within fourteen (14) days of the initial filing of petition unless stated otherwise:**

- Employee Income Records (Payment Advices) − received from employer for income earned within sixty (60) days before filing and/or Certification of No Payment Advices on Local Bankruptcy Form 1007−1(c) (Individual Cases Only). Social Security Number should be redacted.
- 2030 − Disclosure of Compensation of Attorney for Debtor.

*To obtain the most recent Official Bankruptcy Forms, please refer to*
*http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx*

| **Address of the Bankruptcy Clerk's Office:** | **For the Court:** |
|---|---|
| Sylvia H. Rambo US Courthouse | Terrence S. Miller |
| 1501 N. 6th Street | Clerk of the Bankruptcy Court: |
| Harrisburg, PA 17102 | By: KarenDavis, Deputy Clerk |
| (717) 901−2800 | |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: July 9, 2024 |

ntdeffil (Notice of Deficient Filing) (10/23)