United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Christopher David Bailey  
    Debtor

Case No. 24-01674-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2  
Date Rcvd: Jul 10, 2024      Form ID: asextnd      Total Noticed: 24

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Christopher David Bailey, 18 N Franklin St, Waynesboro, PA 17268-1208 |
| 5629077 | + | Accts Advoca, 1001 S Fourth Street, Hamburg, PA 19526-9211 |
| 5629083 | | Franklin County Tax Claim Bureau, 272 N 2nd St, Chambersburg, PA 17201-1642 |
| 5629087 | # | LOGS Legal Group LLP, 3600 Horizon Dr Ste 150, Kng of Prussa, PA 19406-4702 |
| 5629093 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 5629098 | | UGI Utilities Inc., 460 N Gulph Rd, Kng of Prussa, PA 19406-2815 |
| 5629099 | | Waynesboro Area School District Tax Collector, Attn: Bankruptcy, 15 E Main St, Waynesboro, PA 17268-1633 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5629078 | | Email/Text: BarclaysBankDelaware@tsico.com | Jul 10 2024 18:46:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 S West St, Wilmington, DE 19801-5014 |
| 5629080 | | Email/Text: BKBCNMAIL@carringtonms.com | Jul 10 2024 18:46:00 | Carrington Mortgage Services, Attn: Bankruptcy, 1600 S Douglass Rd Ste 200a, Anaheim, CA 92806-5948 |
| 5629081 | | Email/Text: megan.harper@phila.gov | Jul 10 2024 18:46:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 5629079 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 10 2024 18:53:29 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5629082 | | Email/Text: bankruptcy@philapark.org | Jul 10 2024 18:46:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 5629084 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 10 2024 18:53:29 | Fst Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5629085 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 10 2024 18:46:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5629086 | | Email/Text: PBNCNotifications@peritusservices.com | Jul 10 2024 18:46:00 | Kohl's, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 5629088 | | Email/PDF: creditonebknotifications@resurgent.com | Jul 10 2024 18:53:30 | LVNV Funding LLC, Attn: Bankruptcy, 6801 S Cimarron Rd Ste 424-J, Las Vegas, NV 89113-2273 |
| 5629089 | + | Email/PDF: cbp@omf.com | Jul 10 2024 18:53:24 | One Main Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 5629090 | | Email/Text: fesbank@attorneygeneral.gov | Jul 10 2024 18:46:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |

| | | | |
|---|---|---|---|
| 5629091 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 10 2024 18:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 5629092 | ^ MEBN | Jul 10 2024 18:44:20 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 5629094 | Email/Text: bankruptcy@philapark.org | Jul 10 2024 18:46:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 5629095 | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 10 2024 18:53:23 | Syncb/Wolf Furniture, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5629096 | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 10 2024 18:46:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 5629097 | ^ MEBN | Jul 10 2024 18:44:07 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 12, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael A. Cibik | on behalf of Debtor 1 Christopher David Bailey help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

| | |
|---|---|
| <div align="center">**UNITED STATES BANKRUPTCY COURT**<br>MIDDLE DISTRICT OF PENNSYLVANIA</div> | |
| In re:<br><br>Christopher David Bailey,<br>    **Debtor 1** | Chapter    13<br><br>Case No.    1:24−bk−01674−HWV |

## Notice

Notice is hereby given that:

The debtor(s) filed a Chapter 13 Bankruptcy Petition on July 8, 2024.

The debtor(s) filed a Motion to Extend the Automatic Stay in this case. A hearing on this matter has been scheduled for:

| | |
|---|---|
| **United States Bankruptcy Court<br>Sylvia H. Rambo US Courthouse,<br>Bankruptcy Courtroom 4B, 1501 N.<br>6th St, Harrisburg, PA 17102** | Date: 8/6/24<br><br>Time: 09:30 AM |

Any objection/response to the Motion must be filed and served on the debtor(s) on or before **August 4, 2024**.

If an objection/response is not filed by the objecting deadline and the debtor(s) (has/have) filed an Affidavit setting forth sufficient facts to support the motion and satisfy §362(c)(3) or (c)(4), the Court may grant the motion without conducting a hearing.

If no Affidavit is filed prior to the objecting deadline, or if the Affidavit filed is insufficient to satisfy the terms of 11 U.S.C. §362(c)(3) or (c)(4), or if any objections are filed within the prescribed objecting deadline, a hearing on this matter will be held.

**Consideration of a request to extend/impose the automatic stay must be accomplished within thirty (30) days of the bankruptcy petition filing date. It is the debtor(s)'s responsibility to request expedited consideration of a motion to extend when required.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: KarenDavis, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: July 10, 2024 |

**asextnd (Notice of Hearing to Extend/Impose Stay) (05/18)**