IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Christopher David Bailey<br>  Debtor, | BANKRUPTCY CASE NUMBER<br>1:24-bk-01674-HWV |
| Carrington Mortgage Services, LLC as servicer<br>for J.P. Morgan Mortgage Acquisition Corp.<br>  Movant.<br>v. | CHAPTER 13 |
| Christopher David Bailey<br>  Debtor/Respondent, | |
| Jack N Zaharopoulos, Trustee<br>  Additional Respondent. | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

  Pursuant to Bankruptcy Rules 2002 and 9007, Bankruptcy Code §§102(1), 342, and 1109(b), J.P. Morgan Mortgage Acquisition Corp., requests special notice of all matters which must be noticed to creditors, equity security holders, any creditors or other committees, and any other parties in interest whether sent by the Court, the Debtor, the Trustee, or any other party. This request includes not only the notices and papers referred to in the Rules above, but also includes, without limitation, Orders and notice of any Application, Motion, Petition, Pleading, Request, Complaint, and demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex, facsimile or

otherwise.

                                  Respectfully submitted,

Dated: July 18, 2024                      BY: /s/ Christopher A. DeNardo
                                                      Christopher A. DeNardo, 78447
                                                       Heather Riloff, 309906
                                                       Leslie J. Rase, 58365
                                                       LOGS Legal Group LLP
                                                       985 Old Eagle School Road, Suite 514
                                                       Wayne, PA 19087
                                                       (610) 278-6800
                                                       logsecf@logs.com

LLG File #: 20-064775

<pre>
          IN THE UNITED STATES BANKRUPTCY COURT
          FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
</pre>

| | |
|---|---|
| IN RE: Christopher David Bailey<br>    Debtor, | BANKRUPTCY CASE NUMBER<br>1:24-bk-01674-HWV |
| Carrington Mortgage Services, LLC as servicer<br>for J.P. Morgan Mortgage Acquisition Corp.<br>    Movant.<br>v.<br><br>Christopher David Bailey<br>    Debtor/Respondent,<br><br>Jack N Zaharopoulos, Trustee<br>    Additional Respondent. | CHAPTER 13 |

## **CERTIFICATE OF SERVICE**

      I, Christopher A. DeNardo, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of Entry of Appearance and Request for Notice by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this 18th day of July, 2024:

Christopher David Bailey
18 N Franklin St
Waynesboro, PA 17268-1208

Michael A. Cibik, Esquire, Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
mail@cibiklaw.com - VIA ECF

Jack N Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036 - VIA ECF

      I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

/s/ Christopher A. DeNardo
Christopher A. DeNardo, 78447
Heather Riloff, 309906
Leslie J. Rase, 58365
LOGS Legal Group LLP
985 Old Eagle School Road, Suite 514
Wayne, PA 19087
(610) 278-6800
logsecf@logs.com