UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
Harrisburg Division

| Christopher David Bailey, | Case No. 24-01674 |
|---|---|
| *Debtor*. | Chapter 13 |

**Affidavit in Support of Motion to Extend Automatic Stay**

1. I am the debtor in this bankruptcy case.

2. Since my last bankruptcy case, my monthly income has increased substantially.

3. I believe that my increased income makes it likely that I will be able to successfully complete the chapter 13 plan in this case.

4. I certify under penalty of perjury that the above is true and correct to the best of my knowledge, information, and belief.

Date: 08 / 06 / 2024

_____
Christopher David Bailey