IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CHAPTER 13 |
| CHRISTOPHER DAVID BAILEY, | : | |
| | : | CASE NO. 1:24-bk-01674-HWV |
| Debtor. | : | |

## ORDER

Upon consideration of the Motion to Extend the Automatic Stay filed by the Debtor, Doc. 12, and no objections having been filed, and the hearings held on August 6, 2024 and August 13, 2024, at which the Debtor did not appear, for the reasons stated on the record, it is

**ORDERED** that the Motion is **GRANTED**. The automatic stay shall continue until the closing of the case or further order of the Court.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: August 13, 2024