United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Christopher David Bailey  
    Debtor

Case No. 24-01674-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Sep 12, 2024      Form ID: ntcnfhrg      Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Christopher David Bailey, 18 N Franklin St, Waynesboro, PA 17268-1208 |
| 5629077 | + | Accts Advoca, 1001 S Fourth Street, Hamburg, PA 19526-9211 |
| 5629083 | | Franklin County Tax Claim Bureau, 272 N 2nd St, Chambersburg, PA 17201-1642 |
| 5629087 | # | LOGS Legal Group LLP, 3600 Horizon Dr Ste 150, Kng of Prussa, PA 19406-4702 |
| 5629093 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 5629098 | | UGI Utilities Inc., 460 N Gulph Rd, Kng of Prussa, PA 19406-2815 |
| 5629099 | | Waynesboro Area School District Tax Collector, Attn: Bankruptcy, 15 E Main St, Waynesboro, PA 17268-1633 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: BKBCNMAIL@carringtonms.com | Sep 12 2024 18:40:00 | J.P. Morgan Mortgage Acquisition Corp., 1600 South Douglass Road, Anaheim, CA 92806 |
| 5629078 | | Email/Text: BarclaysBankDelaware@tsico.com | Sep 12 2024 18:41:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 S West St, Wilmington, DE 19801-5014 |
| 5632506 | | Email/Text: BKBCNMAIL@carringtonms.com | Sep 12 2024 18:40:00 | J.P. Morgan Mortgage Acquisition Corp., c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |
| 5629080 | | Email/Text: BKBCNMAIL@carringtonms.com | Sep 12 2024 18:40:00 | Carrington Mortgage Services, Attn: Bankruptcy, 1600 S Douglass Rd Ste 200a, Anaheim, CA 92806-5948 |
| 5629081 | | Email/Text: megan.harper@phila.gov | Sep 12 2024 18:41:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 5629079 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 12 2024 18:50:55 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5629082 | | Email/Text: bankruptcy@philapark.org | Sep 12 2024 18:41:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 5629084 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 12 2024 18:51:11 | Fst Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5629085 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 12 2024 18:41:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5645672 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 12 2024 18:41:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN. 56302-9617 |
| 5629086 | | Email/Text: PBNCNotifications@peritusservices.com | Sep 12 2024 18:40:00 | Kohl's, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |

| Recipient # | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| 5629088 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 12 2024 18:50:56 | LVNV Funding LLC, Attn: Bankruptcy, 6801 S Cimarron Rd Ste 424-J, Las Vegas, NV 89113-2273 |
| 5632608 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 12 2024 18:50:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5629089 | + | Email/PDF: cbp@omf.com | Sep 12 2024 18:50:55 | One Main Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 5629090 | | Email/Text: fesbank@attorneygeneral.gov | Sep 12 2024 18:41:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 5629091 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 12 2024 18:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 5629092 | ^ | MEBN | Sep 12 2024 18:40:38 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 5629094 | | Email/Text: bankruptcy@philapark.org | Sep 12 2024 18:41:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 5629095 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 12 2024 18:51:02 | Syncb/Wolf Furniture, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5629096 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 12 2024 18:41:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 5629097 | ^ | MEBN | Sep 12 2024 18:39:33 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 5643863 | | Email/Text: bkrcy@ugi.com | Sep 12 2024 18:41:00 | UGI Utilities, Inc., PO Box 13009, Reading, PA 19612 |

TOTAL: 22

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2024  Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher A DeNardo | on behalf of Creditor J.P. Morgan Mortgage Acquisition Corp. logsecf@logs.com cistewart@logs.com |

Jack N Zaharopoulos
    TWecf@pamd13trustee.com

Michael A. Cibik
    on behalf of Debtor 1 Christopher David Bailey help@cibiklaw.com
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Christopher David Bailey,

**Debtor 1**

Chapter 13

Case No. 1:24−bk−01674−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**October 16, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: October 23, 2024  Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**  Sylvia H. Rambo US Courthouse  1501 N. 6th Street  Harrisburg, PA 17102  (717) 901−2800 | **For the Court:**  Terrence S. Miller  Clerk of the Bankruptcy Court:  By: KarenDavis, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 12, 2024 |

ntcnfhrg (08/21)