LOCAL BANKRUPTCY FORM 4001-1
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Christopher David Bailey
    Debtor,

Carrington Mortgage Services, LLC as servicer
for J.P. Morgan Mortgage Acquisition Corp.
    Movant.
v.

Christopher David Bailey
    Debtor/Respondent,

Jack N Zaharopoulos, Trustee
    Additional Respondent.

BANKRUPTCY CASE NUMBER
1:24-bk-01674-HWV

CHAPTER 13

11 U.S.C. § 362

POST-PETITION PAYMENT HISTORY
NOTE AND MORTGAGE DATED SEPTEMBER 30, 2010

Recorded on October 5, 2010, in Franklin **County**, in **Instrument No. 201019393**.

Property Address: 18 North Franklin Street, Waynesboro, PA 17268

Mortgage Servicer: Carrington Mortgage Services, LLC as servicer for J.P. Morgan Mortgage Acquisition Corp.

Post-petition mailing address for Debtor to send payment:
Carrington Mortgage Services, LLC, 1600 South Douglass Road Anaheim, CA 92806

Mortgagor(s)/Debtor: Christopher Bailey, an unmarried person

Payments are contractually due:

Monthly_X___    Semi-monthly_____    Bi-weekly_____    Other_____

Each Monthly Payment is comprised of:
  Principal and Interest    $    512.99
  Escrow    $    197.03
  Late Charge    $    0.00
  TOTAL    $    710.02

**POST-PETITION PAYMENTS** (Petition was filed on July 8, 2024)

| Payment amount due | Date payment was due | Date payment was received | Amount received | Check number | How payment was applied (mo./yr.) |
|---|---|---|---|---|---|
| $710.02 | 08/01/2024 | | | | |
| $710.02 | 09/01/2024 | | | | |
| $710.02 | 10/01/2024 | | | | |
| $710.02 | 11/01/2024 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

[Continue on attached sheets if necessary]

TOTAL NUMBER OF POST-PETITION PAYMENTS PAST DUE: 4 as of November 4, 2024.

TOTAL AMOUNT OF POST-PETITION ARREARS: $2,840.08 as of November 4, 2024.

Dated: 11/20/2024    *Melissa Schultz*
Carrington Mortgage Services, LLC as servicer for J.P. Morgan Mortgage Acquisition Corp.