# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Christopher David Bailey<br>**Debtor(s)** | |
| J.P. Morgan Mortgage Acquisition Corp.<br>**Movant(s)**<br><br>Vs.<br><br>Christopher David Bailey<br>**Debtor(s)**<br>Jack N Zaharopoulos, Trustee<br>**Respondent(s)** | Chapter: 13<br><br>Case number: 1:24-bk-01674-HWV<br><br>Matter: Motion for Relief from Stay |

## Notice

Notice is hereby given that:

The debtor(s) filed a Chapter 13 Bankruptcy Petition on July 8, 2024.

A hearing on the above referenced matter has been scheduled for:

| | |
|---|---|
| **United States Bankruptcy Court**<br>**The Sylvia H. Rambo US Courthouse**<br>**1501 North 6th Street**<br>**Harrisburg, PA 17102** | **Date:** December 10, 2024<br>**Time:** 9:30 AM |

Any objection/response to the above referenced matter must be filed and served on or before December 6, 2024

If service was properly made and Respondent(s) fail to file an objection/response by the above specified date, the Court **may** determine after review of the Motion that no hearing is required and grant the relief requested.

If a default order has not been signed and entered, the parties or their counsel are required to appear in Court at the hearing on the above date and time.

Date: 11/22/2024

Movant's Name, Address, Phone Number
Carrington Mortgage Services, LLC
1600 South Douglass Road
Suite 200-A
Anaheim, CA 92806