IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Christopher David Bailey<br>    Debtor, | BANKRUPTCY CASE NUMBER<br>1:24-bk-01674-HWV |
| Carrington Mortgage Services, LLC as servicer for J.P. Morgan Mortgage Acquisition Corp.<br>    Movant.<br>v.<br>Christopher David Bailey<br>    Debtor/Respondent,<br>Jack N Zaharopoulos, Trustee<br>    Additional Respondent. | CHAPTER 13<br>11 U.S.C. § 362 |

**CERTIFICATE OF SERVICE**

I, Christopher A. DeNardo, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of the foregoing by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this 22nd day of November, 2024:

Christopher David Bailey
18 N Franklin St
Waynesboro, PA 17268-1208

Michael A. Cibik, Esquire, Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
mail@cibiklaw.com - VIA ECF

Jack N Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
info@pamd13trustee.com - VIA ECF

United States Trustee
Sent via electronic notification ustpregion03.ha.ecf@usdoj.gov

       I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

/s/ Christopher A. DeNardo

Christopher A. DeNardo, 78447
Heather Riloff, 309906
Leslie J. Rase, 58365
LOGS Legal Group LLP
985 Old Eagle School Road, Suite 514
Wayne, PA 19087
(610) 278-6800
logsecf@logs.com