IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Christopher David Bailey<br>    Debtor,<br><br>Carrington Mortgage Services, LLC as servicer for J.P. Morgan Mortgage Acquisition Corp.<br>    Movant.<br>v.<br><br>Christopher David Bailey<br>    Debtor/Respondent,<br><br>Jack N Zaharopoulos, Trustee<br>    Additional Respondent. | BANKRUPTCY CASE NUMBER<br>1:24-bk-01674-HWV<br><br>CHAPTER 13 |

### CERTIFICATE OF NON-CONCURRENCE

    I hereby certify that on November 7, 2024, our office contacted counsel for the Debtor and the Trustee and we have not received concurrence from both parties.

                                                Respectfully submitted,

Dated: 11/22/2024

BY: /s/ Christopher A. DeNardo
Christopher A. DeNardo, 78447
Heather Riloff, 309906
Leslie J. Rase, 58365
LOGS Legal Group LLP
985 Old Eagle School Road, Suite 514
Wayne, PA 19087
(610) 278-6800/ fax (847) 954-4809
LLG File #:20-064775
logsecf@logs.com