IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Christopher David Bailey<br>    Debtor, | BANKRUPTCY CASE NUMBER<br>1:24-bk-01674-HWV |
| Carrington Mortgage Services, LLC as servicer for J.P. Morgan Mortgage Acquisition Corp.<br>    Movant.<br>v. | CHAPTER 13<br><br>11 U.S.C. § 362 |
| Christopher David Bailey<br>    Debtor/Respondent, | |
| Jack N Zaharopoulos, Trustee<br>    Additional Respondent. | |

**ORDER**

Upon consideration of the Motion of Movant for Relief from the Automatic Stay (the "Motion"), Doc. 33, and the failure of Debtor to file an answer, appear or otherwise respond to the Motion, it is

**ORDERED** that the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (the "Code"), 11 U.S.C. § 362, is lifted to allow Movant, or its successors, if any, to proceed with its rights under its loan documents for the property located at 18 North Franklin Street, Waynesboro, PA 17268. It is further

**ORDERED** that all communications sent by Secured Creditor in connection with proceeding against the property including, but not limited to, notices required by state law and communications to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement, or other Loan Workout, may be sent directly to Debtors.

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: December 9, 2024