## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CHRISTOPHER DAVID BAILEY
        Debtor                 CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE          CASE NO: 1:24-bk-01674-HWV
        Movant

   vs.

CHRISTOPHER DAVID BAILEY
        Respondent

### <u>TRUSTEE'S MOTION TO DISMISS CASE</u>

AND NOW, on December 23, 2024, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney Douglas R. Roeder, Esquire, and respectfully represents the following:

1. A Plan was filed on July 8, 2024.

2. A hearing was held, and an Order was entered on November 20, 2024, directing that an amended plan be filed within thirty (30) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

                Respectfully submitted,


                <u>/s/ Douglas R. Roeder,</u> Esquire
                Id: 80016
                Attorney for Movant
                Jack N. Zaharopoulos
                Standing Chapter 13 Trustee
                Suite A, 8125 Adams Drive
                Hummelstown, PA 17036
                Phone: 717-566-6097
                email: droeder@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: CHRISTOPHER DAVID BAILEY
              Debtor              CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
              Movant          CASE NO: 1:24-bk-01674-HWV

      vs.

CHRISTOPHER DAVID BAILEY
            Respondent

**NOTICE**

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

Sylvia H. Rambo United States Courthouse      Date: 01/22/2025
Bankruptcy Courtroom 4B
1501 North 6th Street                   Time: 9:35 AM
Harrisburg, PA 17102

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Date: December 23, 2024

                          /s/ Douglas R. Roeder, Esquire
                          Id: 80016
                          Attorney for Movant
                          Jack N. Zaharopoulos
                          Standing Chapter 13 Trustee
                          Suite A, 8125 Adams Drive
                          Hummelstown, PA 17036
                          Phone: 717-566-6097
                          email: droeder@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: CHRISTOPHER DAVID BAILEY
              Debtor                      CHAPTER 13

        JACK N. ZAHAROPOULOS
        CHAPTER 13 TRUSTEE          CASE NO: 1:24-bk-01674-HWV
                Movant

        vs.

        CHRISTOPHER DAVID BAILEY
                Respondent

## <u>CERTIFICATE OF SERVICE</u>

I certify that I am more than 18 years of age and that on December 23, 2024, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

<u>Served electronically</u>
MICHAEL A CIBIK, ESQUIRE
CIBIK LAW, PC
1500 WALNUT ST, SUITE 900
PHILADELPHIA, PA   19102

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA 17102

<u>Served by 1st Class Mail</u>
CHRISTOPHER DAVID BAILEY
18 N FRANKLIN ST
WAYNESBORO, PA 17268-1208

I certify under penalty of perjury that the foregoing is true and correct.

Date:  December 23, 2024

                                    /s/ Kurtis Bowers
                                    Office of Standing Chapter 13 Trustee
                                    Jack N. Zaharopoulos
                                    Suite A, 8125 Adams Dr.
                                    Hummelstown, PA 17036
                                    Phone: 717 566-6097
                                    email: info@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**


IN RE: CHRISTOPHER DAVID BAILEY
        Debtor                    CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE              CASE NO: 1:24-bk-01674-HWV
        Movant

    vs.

CHRISTOPHER DAVID BAILEY
        Respondent


## <u>ORDER DISMSSING CASE</u>

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned
bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee
application